

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

—————————————————

No. 02-25-00540-CV

—————————————————

IN RE ROBERT SCOTT BAUER, Relator

Original Proceeding
322nd District Court of Tarrant County, Texas
Trial Court No. 322-522909-12

Before Bassel, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for temporary emergency relief and stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary emergency relief and stay are denied.

Per Curiam

Delivered: October 14, 2025